UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| **HEAVENLY RX, LLC,** | |
| **Plaintiff,** | Civil Action No. 3:20-cv-00018 |
| v. | TAV-HBG |
| **CAUSEMEDIC, LLC,** | |
| **Defendants.** | |

## AGREED FINAL JUDGMENT

Upon Joint Motion of the parties, through their respective attorneys, for entry of an Agreed Final Judgment in this action, and for good cause shown, it is hereby fully and finally **ORDERED, ADJUDGED, AND DECREED** as follows:

**JUDGMENT** is hereby entered in favor of Plaintiff, Heavenly RX, LLC, against Defendant, Causemedic, LLC, upon Plaintiff's claim in Count I of the Complaint that Defendant is liable under the payment terms of the Promissory Note executed by Defendant in favor of Plaintiff on November 15, 2019, for money damages in the total sum of Two Hundred Twelve Thousand Eighty-Eight Dollars and Eighty-Eight Cents ($212,088.88). It is further

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff shall not seek a Writ of Execution, or otherwise seek to collect, on any portion of this Judgment for money damages prior to May 2, 2020. It is further

**ORDERED, ADJUDGED, AND DECREED** that each party shall bear its own attorneys' fees relating to this action (excepting the amount of attorneys' fees awarded to Plaintiff by

agreement and included in the above-stated money judgment), and no party shall file any application for discretionary costs. It is further

**ORDERED, ADJUDGED AND DECREED** that the Clerk of Court shall promptly enter and enroll this Agreed Final Judgment in the rolls of the Court.

**IT IS SO ORDERED.**

s/ Thomas A. Varlan
Thomas A. Varlan
United States District Judge

APPROVED FOR ENTRY:

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**

By: s/ K. Stephen Powers
K. Stephen Powers, BPR #7088
Travis B. Holly, BPR #323289
633 Chestnut Street, Suite 1900
Chattanooga, TN 37450
(423) 209-4130
Attorneys for Plaintiff

**LEWIS THOMASON KING
KREIG & WALDROP, P.C.**

By: s/ Jared S. Garceau (with permission to KSP)
Chris W. McCarty, BPR #025551
Jared S. Garceau, BPR #033304
620 Market St. #5
Knoxville, TN 37902
(865) 546-4646
Attorneys for Defendant